Battle, J.
 

 If a slave be hired for a year, or any other certain time, for a stipulated price, secured by a bond, the contract will be one executed by both parties, and the owner may recover the full amount of the bond, though he take back the slave before the end of the year, against the will of the hirer, the latter being entitled to sue for and recover damages against the owner for his breach of the contract.
 
 Hurdle
 
 v.
 
 Richardson,
 
 7 Jones’ Rep. 16. The hirer might also sustain an action of trover for the taking and conversion of the slave, for the unexpired term of the hiring, and thus recover the value of the slave for such term. But in a case of hiring for a certain time, at an agreed price, not secured by a bond or note, the eontraet is a continuing executory one, and the owner who shall take away his slave against the hirer’s consent, cannot recover, either upon the special contract or on a
 
 quantum meruit
 
 for the time during which the slave was in the hirer’s service ;
 
 White
 
 v.
 
 Brown,
 
 2 Jones, 403;
 
 Niblet
 
 v.
 
 Herring, 4
 
 Jones, 262.
 

 In the case now under consideration, the contract of hire was like those in the cases last mentioned, of an executory character, and upon the plaintiff’s retaining his slave from the defendant, without his consent, the latter might have treated the contract as broken, and put an end to by the plaintiff, and in consequence thereof, might have refused to pay any thing for the time the slave was in his service. He declined to take that course, but on the contrary, lie proceeded to act as if the contract were an executed one, by bringing an action of trover, in which he recovered from the owner, as damages, the value of the slave for the time unexpired of the term of the
 
 *214
 
 hiring: The amount of this recovery was afterwards, but before the bringing of this suit, paid by the plaintiff to the defendant. Supposing it doubtful whether the recovery was a proper one, the defendant thereby got the full benefit of the contract for the hire of the slave, and be cannot be heard to say that he got it under an erroneous judgment of a court which had jurisdiction of the subject. Having thus obtained the full benefit of the contract of hiring, on his part, he cannot repudiate his obligation under it. He must be considered as if he had bad the services of the slave, during-the whole period for which he had hired him, and of course he must pay for him, according to his contract. The verdict and judgment against him, was for the amount of, the agreed price, with interest thereon, and for that, the judgment must be affirmed.
 

 Per Curiam,
 

 J udgmeat affirmed.